## LOUISVILLE & NASHVILLE R. R. R. CO. v. RICHARDS.

(Decided July 19, 1915.)

APPEAL from Talladega Circuit Court.

Heard before Hon. HUGH D. MERRILL.

JONES, FOSTER & FIELDS, for appellant.   RIDDLE & BURT, for appellee.

PER CURIAM.—Appeal dismissed by appellant.

---

## McKISSACK v. THE STATE.

(Decided April 8, 1915.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

LEITH & GUNN, and GRAY & WIGGINS, for appellant.   W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

## MAYFIELD v. SMOTHERS.

(Decided April 28, 1915.)

APPEAL from Fayette Circuit Court.

Heard before Hon. BERNARD HARWOOD.

RAY & COONER, for appellant.   McNEIL & MONROE, for appellee.

PER CURIAM.—Motion to reinstate this cause is denied, it having been previously dismissed for failure of appellant to file brief.   See 13 Ala. App. 686, 68 South. 1022.

---

## OTWELL v. THE STATE.

(Decided July 19, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

L. D. GRAY, for appellant.   W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Dismissed on motion of appellant.